381 A.2d 900

Commonwealth v. Terrell, Appellant.

Argued September 20, 1977. Salvatore J. Cucinotta, for appellant; C. Cunningham, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

381 A.2d 900

Commonwealth v. Terry, Appellant.

Argued September 13, 1977. Ronald J. Klimas, with him Eckell, Sparks, Vadino, Auerbach and Monte, for appellant; Thomas M. Regan, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.